

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00019-CV

Robert **GARCIA**, and all other occupants,
Appellant

v.

**SERVING COMMUNITY HOMES, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV06475
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: May 22, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on March 27, 2024. On April 3, 2024, we ordered appellant to file his brief and to show cause in writing by April 29, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM